IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAYLA DEVLIN**<br>*Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | |
| **GWYNEDD MERCY UNIVERSITY**<br>*Defendant.* | : | NO. 18-2722 |

## O R D E R

**AND NOW, TO WIT:** This 10th day of April, 2019, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

*Susan Flaherty*
Susan Flaherty
Deputy Clerk - Civil
to Judge Gene E.K. Pratter

Copies sent via ECF to:
Michael D. Raffaele, Esquire
Adrianna Alfano Cherkas, Esquire
Andrew J. Wollaston, Esquire
Kevin B. Quinn, Esquire